No. 78–384.  PARRY, COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF ORANGE COUNTY, ET AL. *v.* GEORGE ET AL. C. A. 2d Cir.  Motion of respondents for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 78–5106.  CORNELL *v.* IOWA.  Sup. Ct. Iowa.  Certiorari denied.  MR. JUSTICE STEWART and MR. JUSTICE WHITE would grant certiorari.

No. 78–5192.  FRITZ *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.  MR. JUSTICE MARSHALL would grant certiorari.

No. 78–5321.  ADAMS *v.* FLORIDA.  Sup. Ct. Fla.; and

No. 78–5335.  DAVIS *v.* GEORGIA.  Sup. Ct. Ga.  Certiorari denied.  Reported below: No. 78–5321, 355 So. 2d 1205; No. 78–5335, 241 Ga. 376, 247 S. E. 2d 45.

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 78–5327.  HOSTETLER *v.* GEORGIA.  Ct. App. Ga.  Certiorari denied.  MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE MARSHALL would grant certiorari and reverse the conviction.

No. 78–5402.  HAYS *v.* GEORGIA.  Ct. App. Ga.  Certiorari denied.  MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE MARSHALL would grant certiorari and reverse the conviction.